## STATE OF CONNECTICUT *v.* JAMES DEMIRJIAN

The defendant's petition for certification for appeal from the Appellate Court (AC 16755) is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Eugene J. Riccio* and *Susan F. Filan,* in support of the petition.

*Susan C. Marks,* supervisory assistant state's attorney, in opposition.

Decided June 25, 1997

## PITTSTON COMPANY *v.* IRVING S. GOLDBLUM ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*William H. Narwold, John D. Freeman* and *Charles D. Ray,* in support of the petition.

*Samuel J. Bernstein,* in opposition.

Decided June 25, 1997